JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$451,624.51 SEIZED FROM FXDD ACCOUNT NO. '7807 AND $106,300.29 SEIZED FROM FXDD ACCOUNT NO. '7870,<br><br>Defendant. | Case No. SACV 14-00051 JLS-DFMx<br><br>**JUDGMENT** |

The Court, having considered the motion (the "Motion") of claimant Cornerstone Equity Fund, LLC ("Cornerstone") for summary judgment [Dkt. 65], the opposition to the Motion (the "Opposition") filed by claimants Nassim Bayat, Poupak Bayat, Charles Monroe, Wendy Carr, the Nacent Trust, and the Raymond G. Schreiber Trust (the "Non-Cornerstone Claimants") [Dkt. 66], Cornerstone's reply to the Opposition [Dkt. 74], and all other papers and pleadings filed in connection with the Motion and presented to the Court; and for the reasons set forth in the Court's

1 | May 5, 2015 Order Granting Claimant Cornerstone Equity Fund, LLC's Motion for
2 | Summary Judgment [Dkt. 89],
3 |     IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:
4 |     1.    Cornerstone is the innocent owner of the defendant funds (the "Funds"),
5 | within the meaning of 18 U.S.C. § 983(d). Pursuant to 18 U.S.C. § 983(d)(1), the
6 | Funds cannot be forfeited under 18 U.S.C. § 981(a)(1)(C).
7 |     2.    The Non-Cornerstone Claimants are not innocent owners of the Funds
8 | pursuant to 18 U.S.C. § 983(d) and are not entitled to recovery of the Funds, or any
9 | portion thereof. Instead, as the innocent owner of the Funds, Cornerstone is entitled
10 | to recover the Funds in their entirety, pursuant to a constructive trust.
11 |     3.    The Government shall deliver the entirety of the Funds to Cornerstone
12 | within twenty-one (21) days of entry of this Judgment.
13 |     4.    Cornerstone shall distribute the Funds to its private investors (the
14 | "Cornerstone Claimants") on a pro rata basis in accordance with these claimants'
15 | respective claims.
16 | **IT IS SO ORDERED.**
17 |
18 |
19 | Dated: May 12, 2015    _____
20 |     Honorable Josephine L. Staton
    United States District Judge